City National Bank v. Van Meter.

THE CITY NATIONAL BANK OF SALEM, complainant and respondent,

*v.*

CAROLINE W. VAN METER, defendant and appellant.

[Filed November 19th, 1900.]

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *14 Dick. Ch. Rep. 32.*

*Mr. Norman Grey,* for the appellant.

*Mr. William F. Hilliard,* for the respondent.

PER CURIAM.

The decree below is affirmed, on the grounds stated in the opinion of Vice-Chancellor Reed, who advised it.

*For affirmance* — THE CHANCELLOR, CHIEF-JUSTICE, VAN SYCKEL, GARRISON, HENDRICKSON, BOGERT, ADAMS, VREDENBURGH, VOORHEES—9.

*For reversal*—DIXON, COLLINS, FORT—3.